Thomas G. Jarrard (WSBA #39774)
LAW OFFICE OF THOMAS G. JARRARD, PLLC
1020 N. Washington St.
Spokane, WA 99201
Telephone: (425) 239-7290
tjarrard@att.net

Michael J. Scimone*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Fax: (646) 509-2060
mscimone@outtengolden.com

[Additional attorneys listed on following page]
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN BAKER, on behalf of himself and all others similarly situated,<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation, and UNITED PARCEL SERVICE, INC., an Ohio corporation,<br><br>                      Defendants. | **Case No. 21-cv-00114-TOR**<br><br>**UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>**Return Date: August 18, 2022**<br><br>**Without Oral Argument** |

MOTION FOR ENTRY OF THE PARTIES' STIPULATED PROTECTIVE ORDER

Matthew Z. Crotty (WSBA #39284)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
matt@crottyandson.com

Ryan Cowdin*
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW, Suite 200W
Washington, DC 20001
Tel: (202) 847-4400
Fax: (202) 847-4410

rcowdin@outtengolden.com

R. Joseph Barton*
BLOCK & LEVITON LLP
1735 20th Street, NW
Washington D.C. 20009
Telephone: (202) 734-7046
Fax: (617) 507-6020
jbarton@blockesq.com

Peter Romer-Friedman*
GUPTA WESSLER PLLC
2001 K Street, NW Suite 850
Washington, DC 20006
Telephone (202) 888-1741
peter@guptawessler.com

* admitted *pro hac vice*

*Attorneys for Plaintiff*

1 | Pursuant to this Court's Partial Scheduling Order, ECF No. 47 at 4, Plaintiff Justin
2 | Baker respectfully requests this Court approve the parties' proposed Stipulated Protective
3 | Order. The language of the proposed order has been negotiated and agreed to by all
4 | parties.
5 | In accordance with this Court's ECF Administrative Procedures, a word copy of
6 | the proposed Stipulated Protective Order will be emailed to chambers.

Dated: July 19, 2022

Respectfully submitted,

/s/ *Michael J. Scimone*
Michael J. Scimone\*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Fax: (646) 509-2060
mscimone@outtengolden.com

Thomas G. Jarrard (WSBA #39774)
LAW OFFICE OF THOMAS G. JARRARD, PLLC
1020 N. Washington St.
Spokane, WA 99201
Telephone: (425) 239-7290
tjarrard@att.net

Matthew Z. Crotty (WSBA #39284)
CROTTY & SON LAW FIRM, PLLC
905 W. Riverside Ave., Suite 404
Spokane, WA 99201
Telephone: (509) 850-7011
matt@crottyandson.com

Ryan Cowdin\*
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW

3 – MOTION FOR ENTRY OF THE PARTIES' STIPULATED PROTECTIVE ORDER

Suite 200W
Washington, DC 20001
Tel: (202) 847-4400
Fax: (202) 847-4410
rcowdin@outtengolden.com

R. Joseph Barton*
BLOCK & LEVITON LLP
1735 20th Street, NW
Washington D.C. 20009
Telephone: (202) 734-7046
Fax: (617) 507-6020
jbarton@blockesq.com

Peter Romer-Friedman*
GUPTA WESSLER PLLC
2001 K Street, NW Suite 850
Washington, DC 20006
Telephone (202) 888-1741
peter@guptawessler.com

* admitted *pro hac vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 19, 2022, I caused the foregoing Motion for Entry of the Parties' Stipulated Protective Order to be electronically filed with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

/s/ *Michael Scimone*
Michael J. Scimone*
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Fax: (646) 509-2060
mscimone@outtengolden.com

*Attorney for Plaintiff*