1  SALLY W. HARMELING (WSBA No. 49457)
   JACOB M. KNUTSON (WSBA No. 54616)
2  **JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
   2600 Chester Kimm Road, P.O. Box 1688
3  Wenatchee, WA  98807-1688
   Telephone:  (509) 662-3685
4  Facsimile:  (509) 662-2452
   E-mail:  sallyh@jdsalaw.com
5  E-mail:  jacobk@jdsalaw.com

6  DOMINIC E. DRAYE (AZ Bar No. 033012)
   *Admitted Pro Hac Vice*
7  **GREENBERG TRAURIG, LLP**
   2375 East Camelback Road, Suite 700
8  Phoenix, Arizona  85016
   Telephone:  (602) 445-8000
9  Facsimile:  (602) 445-8100
   E-mail: drayed@gtlaw.com
10

   *Attorneys for Defendants*
11 [Additional Counsel Listed On Next Page]

12              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF WASHINGTON**
13

14 JUSTIN BAKER, on behalf of himself
   and all others similarly situated,
15
         Plaintiff,                          NO. 2:21-cv-00114-TOR
16 v.

17 UNITED PARCEL SERVICE, INC., a          **DEFENDANTS' MOTION FOR**
   Delaware corporation, and UNITED
18 PARCEL SERVICE, INC., an Ohio           **ADMISSION *PRO HAC VICE* OF**
   corporation,
19                                          **JACOB DEAN**

20       Defendants.

21

            MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB DEAN

1   NAOMI G. BEER (CO Bar No. 29144)
    *Admitted Pro Hac Vice*
2   **GREENBERG TRAURIG, LLP**
    1144 15th Street, Suite 3300
3   Denver, Colorado  80202
    Telephone:  (303) 572-6500
4   Facsimile:  (303) 572-6540
    E-mail: beern@gtlaw.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

2

MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB DEAN

1    The undersigned counsel hereby moves this Court, pursuant to Local Rule 83.2 of

2    the United States District Court for the Eastern District of Washington, for an Order

3    allowing the *pro hac vice* admission of Jacob Dean as counsel for Defendants in the above-

4    captioned action.  As grounds for the motion, the undersigned states as follows:

5        1.    Jacob Dean is an associate with the law firm of Greenberg Traurig, LLP,

6    Terminus 200, 3333 Piedmont Road NE, Suite 2500, Atlanta, Georgia 30305.

7        2.    Jacob Dean is a member in good standing of the bars of the State of Georgia

8    (Bar No. 180545, admitted November 20, 2019) and Alabama (Bar No. 1552J10P,

9    admitted October 3, 2017).  He is admitted to practice before the United States District

10    Court for the Northern District of Alabama (admitted August 15, 2022), the United States

11    District Court for the Southern District of Georgia (admitted May 26, 2021), the Supreme

12    Court of Georgia (admitted May 26, 2021), the Georgia Court of Appeals (admitted May

13    26, 2021), the United States District Court for the Southern District of Alabama (admitted

14    February 27, 2020), the United States District Court for the Northern District of Georgia

15    (admitted July 2, 2020), the United States District Court for the Middle District of Georgia

16    (admitted February 4, 2020), and the United States District Court for the Western District

17    of Michigan (admitted February 24, 2020).

18        3.    There are no disciplinary proceedings pending against Jacob Dean in any state

19    or federal court.

20        4.    Pursuant to Local Rule 83.2(c)(3)(C), for purposes of litigating this action,

21    Mr. Dean will be associated with the undersigned counsel.

MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB DEAN

5.      Pursuant to Local Rule 83.2(c)(3)(D), the necessity for the appearance of Mr. Dean in this litigation is his experience litigating employment class action cases in federal courts.  Defendants United Parcel Service, Inc., a Delaware corporation, and United Parcel Service, Inc., an Ohio corporation (together, "UPS" or "Defendants"), have been sued in a related individual-plaintiff action (2:21-cv-00162-TOR).   As such, UPS prefers coordination of the various issues in this case with the individual-plaintiff action case through some common counsel and expects that will prove to increase efficiency in the administration of this case.  Mr. Dean's experience includes litigating cases involving the Uniformed Services Employment and Reemployment Rights Act, and his experience will benefit co-counsel.

WHEREFORE, the undersigned counsel respectfully moves that Jacob Dean be admitted to practice *pro hac vice* before this Court.

Dated:  June 19, 2023

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**


*/s/ Sally W. Harmeling*
Sally W. Harmeling

Attorney for Defendants

UNITED PARCEL SERVICE, INC., a Delaware corporation, and UNITED PARCEL SERVICE, INC., an Ohio corporation,

4

MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB DEAN

SALLY W. HARMELING (WSBA No. 49457)
JACOB M. KNUTSON (WSBA No. 54616)
**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
2600 Chester Kimm Road, P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone:  (509) 662-3685
Facsimile:  (509) 662-2452
E-mail:  sallyh@jdsalaw.com
E-mail:  jacobk@jdsalaw.com


DOMINIC E. DRAYE (AZ Bar No. 033012)
*Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
2375 East Camelback Road, Suite 700
Phoenix, Arizona  85016
Telephone:  (602) 445-8000
Facsimile:  (602) 445-8100
E-mail: drayed@gtlaw.com

NAOMI G. BEER (CO Bar No. 29144)
*Pro Hac Vice*
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado  80202
Telephone:  (303) 572-6500
Facsimile:  (303) 572-6540
E-mail: beern@gtlaw.com

5

MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB DEAN

# CERTIFICATE OF SERVICE

The undersigned certifies that, on June 19, 2023, a true and correct copy of Defendant's Motion For Admission *Pro Hac Vice* of Jacob Dean, was served on all counsel of record by the Court's electronic filing system (CM/ECF).

By:    */s/ Sally W. Harmeling*
Sally W. Harmeling

*ACTIVE 688217696v1*

6

MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB DEAN